# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.O., *a minor at the time of events*, | Case No. 1:26-cv-01234-SAB |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT AND VACATING APRIL 1, 2026 HEARING |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | (ECF No. 3) |
| Defendant. | |

On February 18, 2026, Defendant moved to dismiss the complaint for failure to state a claim.  (ECF No. 3.)  On March 11, 2026, Plaintiff filed a first amended complaint, pursuant to Fed. R. Civ. P. 15(a)(1)(B).  (ECF No. 8.)

In light of the foregoing, the Court VACATES the April 1, 2026 hearing and DENIES the motion to dismiss the complaint as MOOT without prejudice.

IT IS SO ORDERED.

Dated:   **March 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge