# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.O., *a minor at the time of events*, | Case No. 1:26-cv-01234-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO REMAND AND REMANDING THIS ACTION TO CALIFORNIA SUPERIOR COURT, FRESNO COUNTY |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | (ECF No. 14) |

Pending before the Court is a stipulation filed by the parties seeking remand of this action to California Superior Court, Fresno County. (ECF No. 14.) In support, the parties proffer that following Plaintiff filing a first amended complaint, which omitted the only federal cause of action, the Court no longer has subject-matter jurisdiction over the matter. (Id.)

"Federal courts are courts of limited jurisdiction." Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." Stock W., Inc. v. Confederated Tribes of the Colville Rsrv., 873 F.2d 1221, 1225 (9th Cir. 1989). "Where doubt regarding the right to removal exists, a case should be remanded to state court." Matheson v. Progressive Specialty Ins. Co., 319 F.3d 1089, 1090 (9th Cir. 2003) (per curiam).

Upon review of the first amended complaint, the Court agrees with the parties that there is no longer a basis for subject-matter jurisdiction that would allow the action to proceed in this

Court.  (See ECF No. 8.)  Therefore, the Court approves the stipulation (ECF No. 14) and will issue its order forthwith.

IT IS HEREBY ORDERED that:

1. This action is REMANDED to California Superior Court, Fresno County;

2. Pursuant to the parties' stipulation, Plaintiff's first amended complaint, and the written discovery served on Defendant Fresno Unified School District by mail on January 27, 2026, for state court purposes shall be deemed served by electronic service on the date the action is reinstated in state court under this order;

3. All pending matters and dates set before this Court are VACATED; and

4. The Clerk of the Court is DIRECTED to close the file in this matter.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2